IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-523-CR




BARTH DAVID CUDD,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE 22ND DISTRICT COURT OF HAYS COUNTY,


NO. 91-325, HONORABLE CHARLES R. RAMSAY, JUDGE



 




PER CURIAM


 This is an appeal from a conviction for engaging in organized crime. Punishment
was assessed at confinement for ten years.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1992).



[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Dismissed On Appellant's Motion

Filed: March 25, 1992

[Do Not Publish]








March 25, 1992






Mr. Leonard E. Cox

144 E. San Antonio Street

San Marcos, Texas 78666


Honorable Michael S. Wenk

Chief Assistant Criminal District Attorney

Hays County Courthouse

San Marcos, Texas 78666


 Re: No. 3-91-523-CR--Barth David Cudd v. The
State of Texas (t/c no. 91-325)


Counsel:


You are hereby notified that appellant's amended motion to dismiss appeal in the above cause was
this day submitted and granted. The appeal is dismissed on appellant's motion.


You are also hereby notified that appellant's original motion to dismiss appeal in the above cause
was this day submitted and dismissed.


A copy of this Court's opinion and judgment are enclosed in accordance with Rule 91, Texas
Rules of Appellate Procedure.


The Court's mandate has been issued this date to the clerk of the trial court under separate cover.


 Very truly yours,


 W. KENNETH LAW, CLERK


 By

 Barbara E. Chapman, Deputy

Enclosures


xc: State Prosecuting Attorney

 Clerk, Court of Criminal Appeals

 Honorable Charles R. Ramsay, District Judge

 Mr. W. H. Moore, District Clerk


MR. LEONARD E. COX

144 E. SAN ANTONIO STREET

SAN MARCOS TX 78666

HONORABLE MICHAEL S. WENK

CHIEF ASSISTANT CRIMINAL DISTRICT ATTORNEY

HAYS COUNTY COURTHOUSE

SAN MARCOS TX 78666